UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

EOS GmbH Electro Optical Systems
                                   Plaintiff,

v.                                                        Case No.: 1:12–cv–01582
                                                          Honorable Joan B. Gottschall

Phenix Systems, et al.
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 19,2013:

      MINUTE entry before Honorable John Z. Lee: Status hearing held on 9/19/13. The parties report the case has settled. This case is dismissed with prejudice with each party to bear their own cost and fees. Civil case terminated.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If an order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.